IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO RODRIGUEZ-PINA, a/k/a "Fernando Pina-Rodriguez;
2. **CARLOS RODRIGUEZ-CORONEL**; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

## ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS

    Defendant Carlos-Rodriguez-Coronel's Motion for Extension of Time to File Pretrial Motions (Dkt. # 53) is GRANTED.

    Defendant Carlos-Rodriguez-Coronel's pretrial motions are due on or before January 18, 2006.

    DATED: December 30, 2005.

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge