IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FERNANDO RODRIGUEZ-PINA, a/k/a "Fernando Pina-Rodriguez;
2.  **CARLOS RODRIGUEZ-CORONEL**; and
3.  URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

## ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS

Defendant Carlos-Rodriguez-Coronel's Second Motion for Extension of Time to File Pretrial Motions (Dkt. # 59) is GRANTED.

The deadline for Defendant Rodriguez-Coronel's pretrial motions is extended to February 6, 2006. In light of this extension, the deadline for the government's responses to any additional pretrial motions is extended to February 13, 2006.

DATED: January 23, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge