IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO PINA-RODRIGUEZ;
2. **CARLOS RODRIGUEZ-CORONEL**; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

## ORDER RE MOTION FOR DISCOVERY

This matter is before the Court on Defendant Carlos Rodriguez-Coronel's Motion for Additional Discovery (Dkt. # 65). The Court hereby

ORDERS that the Government respond to this motion no later than **5:00 p.m. on Monday, February 13, 2006.**

    DATED: February 6, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge