IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO PINA-RODRIGUEZ;
2. **CARLOS RODRIGUEZ-CORONEL**; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed on behalf of Defendant Carlos Rodriguez-Coronel on July 3, 2006 (Dkt. # 103). A Change of Plea hearing is set for **Tuesday, August 8, 2006 at 8:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on August 4, 2006.** If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (***see*** D.C.COLO.LCrR 11.1F).** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the motions hearing set for July 21, 2006 at 1:00 p.m. is VACATED.

DATED: July 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge