IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  CARLOS RODRIGUEZ-CORONEL,

     Defendant.

---

### ORDER RESETTING SENTENCING DATE
---

     The sentencing of Defendant Carlos Rodriguez-Coronel has been RESET to

**Friday, December 8, 2006 at 1:30 p.m.**

     DATED:  October 20, 2006

                                                              BY THE COURT:

                                                             *s/ Phillip S. Figa*

                                                              _____
                                                             Phillip S. Figa
                                                             United States District Judge